NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

IN RE BATS TRADING, INC. (ALSO KNOWN AS BATS EXCHANGE, INC.), THE NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., INTERNATIONAL SECURITIES EXCHANGE, LLC, CHICAGO BOARD OPTIONS EXCHANGE, INCORPORATED, NYSE EURONEXT, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION CORPORATION, OPTIONS PRICE REPORTING AUTHORITY, BOSTON OPTIONS EXCHANGE GROUP, LLC, CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., AND NEW YORK MERCANTILE EXCHANGE, INC.,
*Petitioners.*

---

Miscellaneous Docket No. 964

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case nos. 09-CV-0327, Judge Leonard Davis.

---

## ON PETITION FOR WRIT OF MANDAMUS

---

## ORDER

BATS Trading, Inc. et al. submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its orders denying transfer and to direct transfer to the United States District Court for the Southern District of New York.

Upon consideration thereof,

IT IS ORDERED THAT:

Realtime Data, LLC is directed to respond no later than November 12, 2010.

FOR THE COURT

**OCT 2 6 2010**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Keith J. Grady, Esq.
Scott F. Partridge, Esq.
Rick L. Rambo, Esq.
David R. Francescani, Esq.
Michael M. Murray, Esq.
Stephen J. Kastenberg, Esq.
James H. Shalek, Esq.
Robert A. Cote, Jr., Esq.
Clerk, United States District Court For The Eastern District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**OCT 2 6 2010**

**JAN HORBALY**
**CLERK**